UNITED STATES DISTRICT COURT

PAULA J. KARAS                                              Docket #

   Plaintiff

   VS.

KRAFT FOODS

   Defendants

Affidavit of facts

   Now comes the plaintiff Paula J. Karas pro se and hereby asserts that the facts contained herein against the defendants Kraft Foods are true and accurate to the best of the plaintiff's knowledge. The plaintiff alleges that her roommate purchased Maxwell House coffee from her local Hannaford's food store that made the plaintiff become agitated with hypertension that occurred on Dec 19, 2011. In which the plaintiff alleges that this has never occurred with the Kraft Food Maxwell House coffee.

Signed under the Pains and
Penalties of Perjury this
day of Dec 22, 2011.

*Paula J. Karas* (signature)

I Paula J. Karas do solemnly swear that I served a copy of this affidavit by via-certified mail on Dec 22, 2011 to the defendants Kraft Food. Located at 3 Lakes Dr.-NF-356 Northfield, IL 60093-2753.