UNITED STATES DISTRICT COURT

PAULA J. KARAS                                              Docket #

   Plaintiff

VS.

KRAFT FOODS

   Defendants

Affidavit of indigence

   Now comes the plaintiff prose in the above captioned matter and hereby attests to this United States District Court that the plaintiff is indigent under the Social security act and has zero for said assets. (See enclosed wage document evidence from the Social Security Administration.)

                                  Signed under the Pains and
                                  Penalties of Perjury this
                                  day of Dec 22, 2011

                                  */s/ Paula J. Karas*

I Paula J. Karas do solemnly swear that I served a copy of this affidavit by via-certified mail on Dec 22, 2011 to the defendants Kraft Foods. Located at 3 Lakes Dr.-NF-356 Northfield, IL 60093-2753.